UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETTA JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OAKLAND, *ET AL.*<br><br>　　　　Defendants. | Case No.: 20-CV-4481 YGR<br><br>ORDER DENYING MOTION TO DISMISS; SETTING DEADLINE FOR STATUS REPORT RE: DOE OFFICERS; SETTING CASE MANAGEMENT CONFERENCE<br><br>DKT. NO. 12 |

　　　　Defendant City of Oakland filed its motion to dismiss (Dkt. No. 12) certain claims in the complaint of plaintiff Etta Johnson.  The matter was thoroughly briefed and came on regularly for hearing on January 12, 2021, via the Court's videoconference platform.  Plaintiff appeared by telephone and defendant appeared by videoconference.

　　　　For the reasons stated on the record at the hearing, the motion to dismiss is **DENIED**.  Plaintiff has alleged sufficiently the elements of her Second, Sixth, and Seventh claims against defendant City of Oakland.  Defendant City of Oakland is directed to file its answer to the complaint no later than **February 2, 2021**.

　　　　Defendant City of Oakland is further directed to file and serve, no later than **January 29, 2020**, a statement identifying the officers currently named as Does in the complaint and who were the subject of the investigation report referenced in the papers.  In that statement, the City shall clarify whether the City Attorney is authorized to accept service of process on behalf of those officers.

　　　　Thereafter, plaintiff is directed to amend her complaint to identify the officers, file it with the Court, and complete service of the summons and amended complaint on the officers.

　　　　The Court sets a case management conference for **March 15, 2021**, at 2:00 p.m. via the Court's Zoom videoconference platform.  A joint case management statement consistent with Civil Local Rule 16-9 and the Standing Order of All Judges of the Northern District regarding case

management statements (available at www.cand.uscourts.gov/judges/gonzalez-rogers-yvonne-ygr/) shall be filed with the Court no later than **March 8, 2021**.

This terminates Docket No. 12.

**IT IS SO ORDERED**.

Date: January 13, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**