UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Etta Johnson ) | |
|        Plaintiff, ) | |
| ) | Case Number: 4:20-cv-04481-YGR |
| vs. ) | |
| ) | |
| City of Oakland, et al., ) | ORDER APPOINTING COUNSEL |
|        Defendants. ) | |
| ) | |

    Because the plaintiff has requested and is in need of counsel to assist her in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, the below listed attorneys are hereby appointed as counsel for Ms. Johnson in this matter:

    Christopher Van Gundy (SBN 152359)
    Sheppard, Mullin, Richter & Hampton LLP
    4 Embarcadero Center, 17th Floor
    San Francisco, CA 94111

    Michael A. Lundholm (SBN 336151)
    Sheppard, Mullin, Richter & Hampton LLP
    4 Embarcadero Center, 17th Floor
    San Francisco, CA 94111

    The scope of this referral shall be for:

        ☐ all purposes for the duration of the case

        ☒ the limited purpose of representing the litigant in the course of

            ☐ mediation

            ☐ early neutral evaluation

            ☒ settlement conference

            ☐ briefing ☐ and hearing on the following motion (e.g., motion for

summary judgment or motion to dismiss):

☒ discovery as follows: reasonable discovery pertinent to settlement.

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 posted on the Court's website.

IT IS SO ORDERED.

Dated: September 15, 2021

Honorable Yvonne Gonzalez Rogers
United States District Judge

cc; Counsel and Plaintiff